UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DELAINA BARNEY** | ) | CASE NO. 5:16-CV-00112 |
| **Plaintiff** | ) | |
| | ) | **JUDGE BENITA Y. PEARSON** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AKRON BOARD OF EDUCATION** | ) | |
| **Defendant** | ) | |

### CERTIFICATION OF THE RECORD OF
### ADMINISTRATIVE PROCEEDINGS (SE 3042-2015)

1. <u>State Level Review Record (Envelope 1 of 2)</u>
   a. State Level Review Docket
   b. 7-27-15: Notice of Appeal
   c. 7-27-15: Praecipe
   d. 7-28-15: SLRO Assignment Letter
   e. 8-3-15: Emails between the State Level Review Officer and Parties
   f. 8-6-15: State Level Review Officer's Order Extending Time
   g. 8-6-15: State Level Review Officer's email to the parties
   h. 8-6-15: State Level Review Officer's enclosure letter to Ohio Department of Education
   i. 9-8-15: Appellent's Motion to Supplement the Notice of Appeal
   j. 9-8-15: E-mail from Appellant Mr. Wallace (Mr. Bache) to State Level Review Officer
   k. 9-8-15: E-mail from Appellee Ms. Porter to State Level Review Officer
   l. 9-8-15: Appellee's Motion to Dismiss
   m. 9-8-15: Appellee's Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction
   n. 9-9-15: Email from Appellee Ms. Porter to State Level Review Officer
   o. 9-11-15: Email from Appellant Mr. Wallace to State Level Review Officer

p. 9-11-15: Petitioner-Appellant's State Level Review Brief
q. 9-11-15: Email from Appellant Mr. Wallace to State Level Review Officer
r. 9-11-15: Appellant's Motion to Supplement the Record and to Compel Respondent-Appellee to Produce All Educational Records
s. 9-11-15: Appellant's Motion for a New Hearing (Stricken from the Record)

2. <u>State Level Review Record (Envelope 2 of 2)</u>
   a. 9-28-15: Order on Pending Motions
   b. 9-28-15: Email from State Level Review Officer to Counsel
   c. 9-28-15: Enclosure letter from State Level Review Officer to Counsel
   d. 10-16-15: Email from Appellee Ms. Porter to State Level Review Officer
   e. 10-16-15: Appellee's Appeal Brief (with attached Post-Hearing Brief)
   f. 11-5-15: Email from State Level Review Officer to Counsel
   g. 11-5-15: Email from Appellant to State Level Review Officer
   h. 11-9-15: Final Decision and Order with Service letters to counsel, parties and Ohio Department of Education and email to counsel
3. 6-11-15: Findings of Fact and Conclusions of Law, Impartial Hearing Officer
4. 5-4-15: Petitioner's Post Hearing Brief
5. 5-5-15: Respondent's Post Hearing Brief
6. 5-5-15: Petitioner's Motion for Reconsideration and Motion for Sanctions with Exhibit 1
7. 3-13-15: Order Scheduling Final Day of Hearing, Impartial Hearing Officer
8. 3-23-15: Order Extending Deadline for Decision, Impartial Hearing Officer
9. 4-22-15: Order Extending Deadline for Decision, Impartial Hearing Officer
10. 12-18-14: Due Process Complaint and Request for A Due Process Hearing
11. Transcript, Disclosure Conference
12. Transcript, Volume One, Binder One
13. Transcript, Volume One, Binder Two
14. Transcript, Volume Two, Binder One
15. Transcript, Volume Two, Binder Two
16. Transcript, Volume Three
17. Transcript, Volume Four
18. Transcript, Volume Five
19. Transcript, Volume Six

20. Board of Education Exhibit List
21. Petitioner's Disclosure
22. Impartial Hearing Officer's Findings of Fact and Conclusions of Law, notes and research

This certificate of the record is made pursuant to the requirement of Section 119.12 of the Ohio Revised Code.

Respectfully submitted,

*Dr. Lonny J. Rivera /ls*
Dr. Lonny J. Rivera
Interim Superintendent of Public Instruction
Ohio Department of Education
25 South Front Street, Mail Stop 707
Columbus, OH 43215
Phone: (877) 644-6338
superintendent@education.ohio.gov

1/28/2016
Date