

# Ohio | Department of Education

John R. Kasich, Governor
Dr. Lonny J. Rivera, Interim Superintendent of Public Instruction

February 1, 2016

Clerk of Court
United States District Court
Northern District of Ohio Eastern Division
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

Re: Delaina Barney v. Akron Board of Education
Case No: 5:16-CV-00112
Judge Benita Y. Pearson

**RECEIVED**
FEB 03 2016
Clerk of Court
U.S. District Court, ND-OH

Dear Clerk of Court:

Pursuant to Chapter 119 and Section 3323.05 of the Ohio Revised Code, I am respectfully submitting the record of the administrative proceedings in the above-referenced case to be filed and made a part of the record for consideration by the Court. Please see the enclosed record and its certification.

An additional copy of the certification is also enclosed. Please time-stamp the additional copy for our records and return it to the attention of the following individual:

Bernadette Laughlin
Due Process Coordinator
Office for Exceptional Children
Ohio Department of Education
25 S. Front St., Mail Stop 409
Columbus, OH 43215

Thank you for your assistance.

Sincerely,

Diane Lease
Chief Legal Counsel
Office of Chief Legal Counsel

25 South Front Street      (877) 644-6338
Columbus, Ohio 43215       For people who are deaf or hard of hearing,
education.ohio.gov         please call Relay Ohio first at 711.