**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DELAINA BARNEY | ) Civil Action No. 5:16-CV-00112 |
| Plaintiff, | ) |
| | ) JUDGE BENITA Y. PEARSON |
| v. | ) |
| AKRON BOARD OF EDUCATION, | ) **MOTION FOR ENLARGEMENT** |
| | ) **OF TIME** |
| Defendant. | ) |

Now comes the Plaintiff, Delaina Barney, by and through undersigned counsel, who hereby files this Motion for Enlargement of Time within which to file an Amended Complaint and join additional parties and claims. The Defendant removed this action to this Honorable Court on or about January 19, 2016 and subsequently filed an Answer on January 22, 2016. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) Plaintiff has until today, February 12, 2016 to file an amended pleading absent leave of this Court or the Defendant.

In the interest of justice, Plaintiff respectfully moves this Court for an additional thirty-one days to file an Amended Complaint and join the additional parties and claims. This is the first Motion for Enlargement of Time that has been requested.

1

**WHEREFORE**, Plaintiff seeks an extension of time to file an Amended Complaint and join additional parties and claims.

Respectfully submitted,

/s/ Jason Wallace
Jason Wallace (0090167)
Daniel R. Bache (0086045)
50 S. Main St. 10th Floor
Akron, Ohio 44308
P: 330-434-3000
F: 330-434-9220
jwallace@rlbllp.com
dbache@rlbllp.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, a copy of MOTION FOR ENLARGEMENT OF TIME was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Additionally, the Motion has been sent by regular U.S. mail to **Rhonda Porter, Esq.**, Attorney for Plaintiff, General Counsel, Akron Board of Education, 70 North Broadway, Akron, Ohio 44308-1999.

/s/ Jason Wallace
Jason Wallace (0090167)
Attorney for Plaintiff